# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>JAMES EDWARD BLACKMON | ) | Case No: 0:03-1004-001-MBS<br>USM No: 10777-171 |
| Date of Original Judgment: 2/22/08<br>Date of Previous Amended Judgment: ______<br>*(Use Date of Last Amended Judgment if Any)* | ) | Pro Se<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❐ the Director of the Bureau of Prisons ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

■ DENIED. ❐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ______________ months **is reduced to** ______________ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Amendment 782 does not have the effect of reducing Defendant's sentence because he was sentenced under 21 U.S.C. (b)(1)(A) and not under the Sentencing Guidelines.

Except as otherwise provided, all provisions of the judgment dated 2/22/08 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: December 29, 2016

/s/ Margaret B. Seymour
*Judge's signature*

Effective Date: ______________
*(if different from order date)*

Margaret B. Seymour, Senior United States District Judge
*Printed name and title*